United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Debra J. Wilson  
    Debtor

Case No. 25-01958-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Sep 03, 2025      Form ID: ntnew341      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra J. Wilson, 2315 Ionoff Rd, Harrisburg, PA 17110-3517 |
| 5726344 | + | Paxton Crossing HOA, 2615 Cranberry Circle, Harrisburg, PA 17110-3507 |
| 5726345 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5726350 | + | Susquehanna Township Authority, 1900 Linglestown Rd, Harrisburg, PA 17110-3301 |
| 5726351 | | UPMC Pinnacle, PO Box 829901, Philadelphia, PA 19182-9901 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5726335 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Sep 03 2025 18:39:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5726337 | + | Email/Text: mrdiscen@discover.com | Sep 03 2025 18:39:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5726336 | + | Email/Text: mrdiscen@discover.com | Sep 03 2025 18:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5726338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:14 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5726339 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 03 2025 18:41:36 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5733180 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2025 18:41:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5726341 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2025 18:41:28 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5726340 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 03 2025 18:41:38 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5726343 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 18:40:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5726342 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 03 2025 18:40:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5726347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2025 18:41:37 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5726346 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 03 2025 18:41:38 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5726349 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 03 2025 18:40:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5726348 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 03 2025 18:40:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5730515 | *+ | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Debra J. Wilson ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |

In re:

Debra J. Wilson,　　　　　　　　　　　　　　Chapter　　　13

　　**Debtor 1**
　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:25−bk−01958−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: September 25, 2025<br><br>Time: 10:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 3, 2025 |

ntnew341 (09/23)