# CERTIFICATION OF NO PAYMENT ADVICES FORM

IN RE: Debra Wilson

          :      **CHAPTER** 13

          :      **CASE NO.** __-25-bk-01958

          :

          :

**Debtor(s)**    :

## CERTIFICATION OF NO PAYMENT ADVICES

I, Debra J. Wilson, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), **from any source of employment.** I further certify that I received no payment advices during that period because:

- [ ] I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [☒] I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

*Pick one →*

- [ ] My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

- [ ] I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

- [ ] I did not receive payment advices due to factors other than those listed above. (Please explain)

     I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

DATE: 8/28/25

                        Debra J. Wilson
                        Debtor

                        Joint Debtor