UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | DEBRA J. WILSON | : |
| | | : CHAPTER 13 |
| | Debtor(s) | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | DEBRA J. WILSON | : |
| | | : |
| | Respondent(s) | : CASE NO. **1:25-bk-01958** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, the debtor has excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of the debtor(s)' home as stated in his/her schedules. Realtor.com estimates a value of $208,000, and Zillow estimates $191,000. Schedule A, however, lists a value of only $126,000.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a) Plan ambiguous:
       1) Term (end date should be July 2030).

3. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)' Chapter 13 Plan for the following reasons:

    a. The nonstandard provision should provide for a deadline of **6 months** from the date of the petition for the Debtor to complete a mortgage modification in order to satisfy the $76,925 mortgage arrearage claim.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s)' plan.
    b. Dismiss or convert debtor(s)' case.
    c. Provide such other relief as is equitable and just.

Dated: September 25, 2025

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

        I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL H YOUNG, ESQUIRE  
3554 HULMEVILLE ROAD  
SUITE 102  
BENSALEM, PA 19020-

Dated:     September 25, 2025

                                                  /s/ Jack N. Zaharopoulos  
                                                Office of Jack N. Zaharopoulos  
                                                Standing Chapter 13 Trustee