United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01958-HWV |
| Debra J. Wilson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Dec 15, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2025:**

**Recip ID**    **Recipient Name and Address**
+  James Steven Wilson, 2315 Ionoff Rd, Harrisburg, PA 17110-3517

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Debra J. Wilson ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# U.S. Bankruptcy Court
## Middle District of Pennsylvania (Harrisburg)
### Bankruptcy Petition #: 1:25−bk−01958−HWV

*Assigned to:* Chief Judge Henry W. Van Eck
Chapter 13
Voluntary
Asset

*Date filed:* 07/15/2025
*341 meeting:* 09/25/2025
*Deadline for filing claims:* 09/23/2025
*Deadline for filing claims (govt.):* 01/11/2026

*Debtor 1*
**Debra J. Wilson**
2315 Ionoff Rd
Harrisburg, PA 17110
DAUPHIN−PA
SSN / ITIN: xxx−xx−6267

represented by **Paul H. Young**
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Rd.
Ste 102
Bensalem, PA 19020
215−639−5297
Email: support@ymalaw.com

*Trustee*
**Jack N Zaharopoulos**
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036
717−566−6097

*Asst. U.S. Trustee*
**United States Trustee**
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
717 221−4515

| Filing Date | # | Docket Text |
|---|---|---|
| 12/15/2025 | 38 | **Proceeding Memo for hearing scheduled on: 12/16/2025** **MATTER:** Motion for Relief from Automatic Stay in addition to Relief from Co−Debtor Automatic Stay (Re: 2315 Ionoff Road, Harrisburg, PA 17110) filed by Deutsche Bank National Trust Company 34 ; Answer 35 **APPEARANCES:** NA **DISPOSITION:** Hearing on Motion for Relief from Automatic Stay in addition to Relief from Co−Debtor Automatic Stay canceled. Matter continued 37 . Order − stay continued pending the conclusion of the continued hearing or further order of Court. IT IS SO ORDERED on 12/15/2025. /s/Henry W. Van Eck (There is no image or paper document associated with this entry). **HEARING Scheduled for 01/13/2026 at 09:30 AM at U.S. Courthouse, 1501 N. 6th St. Harrisburg, PA.** (Wilson, Tonia) (Entered: 12/15/2025) |