UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| DEBRA J. WILSON, : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 1-25-BK-01958-HWV |
| : | |
| DEBRA J. WILSON, : | |
|     Respondent : | |

### TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 22nd day of January 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. Insufficient Monthly Net Income as indicated on Schedules I and J.

2. Trustee provides notice to the Court as to the ineffectiveness of Debtor(s)' Chapter 13 Plan for the following reasons:

   a. Plan Sections 2.C and 9 conflict as to how arrears will be paid.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

                                                                     Respectfully submitted:

                                                                       Jack N. Zaharopoulos
                                                                       Standing Chapter 13 Trustee
                                                                       8125 Adams Drive, Suite A
                                                                       Hummelstown, PA 17036
                                                                       (717) 566-6097

                                                      BY: /s/ Douglas R Roeder
                                                             Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 22nd day of January 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

PAUL H YOUNG, ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020-

                                      /s/Ashley Schott
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee