UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    DEBRA J. WILSON, :
     Debtor :
       :
    JACK N. ZAHAROPOULOS, :
    STANDING CHAPTER 13 TRUSTEE, :
     Movant :
       :
     vs. :
       :
    DEBRA J. WILSON, :
     Respondent : CASE NO. 1-25-bk-01958-HWV

## AMENDED CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 10, 2026, I served a copy

of this Motion to Dismiss, Notice, and Proposed Order on the following parties from

Hummelstown, PA, unless served electronically:

### SERVED ELECTRONICALLY

United States Trustee
1501 North 6th Street
P.O. Box 302
Harrisburg, PA 17102

Paul H. Young, Esquire
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

### SERVED BY FIRST CLASS MAIL

Debra J. Wilson
2315 Ionoff Road
Harrisburg, PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 10, 2026

/s/ Elizabeth R. Fitzgerald, Paralegal
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: lfitzgerald@pamd13trustee.com