United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Debra J. Wilson

    Debtor

Case No. 25-01958-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                      Page 1 of 2

Date Rcvd: Apr 17, 2026                    Form ID: pdf010                    Total Noticed: 23

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Debra J. Wilson, 2315 Ionoff Rd, Harrisburg, PA 17110-3517 |
| 5726344 | + | Paxton Crossing HOA, 2615 Cranberry Circle, Harrisburg, PA 17110-3507 |
| 5726345 | + | Penn Waste, PO Box 3066, York, PA 17402-0066 |
| 5726350 | + | Susquehanna Township Authority, 1900 Linglestown Rd, Harrisburg, PA 17110-3301 |
| 5726351 | | UPMC Pinnacle, PO Box 829901, Philadelphia, PA 19182-9901 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 16:52:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 5726335 | + | Email/Text: Collections_Bankruptcies@encoreexchange.com | Apr 17 2026 16:52:00 | Computer Credit, Inc., PO Box 5238, Winston Salem, NC 27113-5238 |
| 5796350 | + | Email/Text: RASEBN@raslg.com | Apr 17 2026 16:52:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 5744840 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 17 2026 16:53:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 5726337 | + | Email/Text: mrdiscen@discover.com | Apr 17 2026 16:52:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5726336 | + | Email/Text: mrdiscen@discover.com | Apr 17 2026 16:52:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5726338 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 16:59:50 | Kohl's, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 5726339 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2026 16:59:50 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 5733180 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5726341 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:46 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5726340 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2026 16:59:50 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5726343 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 16:53:00 | Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 5726342 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2026 16:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5726347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 17 2026 16:59:46 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5726346 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 17 2026 16:59:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5744135 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 17 2026 16:59:48 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5726349 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 17 2026 16:53:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 5726348 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 17 2026 16:53:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5730515 | *+ | PENN WASTE INC, PO BOX 3066, YORK, PA 17402-0066 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Jordan Matthew Katz | on behalf of Creditor Deutsche Bank National Trust Company jkatz@raslg.com |
| Matthew K. Fissel | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of First Franklin Mortgage Loan Trust 2005-FFH4, Asset-Backed Certificates, Series 2005-FFH4 bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Paul H. Young | on behalf of Debtor 1 Debra J. Wilson ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:      :    CHAPTER 13

DEBRA J. WILSON,      :

    Debtor      :    CASE NO. 1:25-bk-01958-HWV

     :

JACK N. ZAHAROPOULOS,      :

STANDING CHAPTER 13 TRUSTEE,      :

    Movant      :

     :

    vs.      :

     :

DEBRA J. WILSON,      :

    Respondent      :

### ORDER

Upon consideration of the Trustee's Motion to Dismiss, Doc. 56, and the hearing held on

April 15, 2026, Doc. 59, for the reasons stated on the record, it is

**ORDERED** that the the Motion is **GRANTED** and the above-captioned case is

**DISMISSED**. The Court retains jurisdiction to rule on any timely filed fee application.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 16, 2026